# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| PRINCE COREY THOMAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:14-cv-1776-WMA-JEO |
| ) | |
| SCOTT HASSSELL, in his capacity as Chief/ ) | |
| Warden, Etowah County Detention Center. ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Prince Corey Thomas, *pro se*. Petitioner contests his continued detention at the Etowah County Detention Center pending his removal to Jamaica pursuant to the Immigration and Nationality Act. Respondents now move to dismiss the action as moot. (Doc. 8).

In support of their motion, Respondents have filed evidence showing that Petitioner was released from custody under order of supervision. (Doc. 8-1). Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** this 17th day of March, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE